**Dismissed and Memorandum Opinion filed May 21, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00906-CV

---

### RONALD DUNCAN, Appellant

### V.

### MEMORIAL HERMAN HOSPITAL SYSTEM, Appellee

---

**On Appeal from the County Court at Law No 5
Montgomery County, Texas
Trial Court Cause No. 12-05-05767-CV**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed August 17, 2012. The clerk's record was filed September 28, 2012. The reporter's record was filed September 13, 2012.

On April 19, 2013, appellant filed a brief that was not in compliance with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k). On April 25, 2013, we ordered appellant's brief

filed April 19, 2013, stricken. Appellant was ordered to file a brief that complied with the Texas Rules of Appellate Procedure **within ten (10) days**. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k).

Appellant was informed that if he filed another brief that did not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.